**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| # United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Christian ALATORRE**<br>DOB: 1987; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>22-00807MJ |

| Complaint for violation of Title 18, United States Code, Section 554(a) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 26, 2022, in the District of Arizona, **Christian ALATORRE** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: five (5) AR-15 .223 caliber rifles and one (1) Ruger 9mm pistol, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; and Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 26, 2022, **Christian ALATORRE** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. **ALATORRE** was the driver and the sole occupant of a 2000 Dodge Dakota registered to another person. Customs and Border Protection Officers (CBP Officers) noted **ALATORRE** would not look them in the eye during questioning. **ALATORRE** stated he was going to Mexico to visit his girlfriend and gave a negative binding customs declaration on firearms, ammunition, or currency over $10,000. CBP Officers observed a rubber floor mat on top of a garbage bag behind the driver's seat. When a CBP Officer felt the bag, it was readily apparent to be a rifle barrel. When asked what was in the bag, **ALATORRE** stated "I do not know, it is not my vehicle". A Z-Portal/x-ray scan of the vehicle revealed anomalies behind the driver's seat and in the storage compartment under the back seat. In a subsequent search of the vehicle, CBP Officers discovered four (4) AR-15 .223 caliber rifles in the garbage bag and one (1) AR-15 .223 caliber rifle and a (1) Ruger 9mm pistol both wrapped in a cloth under the back seat. One of the rifles had a partially defaced serial number.

During a post-*Miranda* interview, **ALATORRE** stated he was to be paid to cross the vehicle into Mexico. **ALATORRE** also stated he had previously taken the Dodge into Mexico on two occasions and was paid $200 to cross the vehicles into Mexico. **ALATORRE** said that as a convicted felon, he knew he could not possess firearms, and could not take firearms into Mexico. ███████████████████████████████

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Raquel Arellano* *Raquel Arellano* <br>Digitally signed by RAQUEL ARELLANO Date: 2022.12.27 09:48:08 -07'00' | SIGNATURE OF COMPLAINANT<br><br>JASON R CARY Digitally signed by JASON R CARY Date: 2022.12.27 10:07:24 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Jason Cary |

**Sworn by telephone __x__**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 27, 2022 |
|---|---|

[1]   See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:)**

The firearms found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **ALATORRE** does not possess a license to export weapons from the United States into Mexico.